**Order entered May 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00150-CV

**LAURA CARACIO, Appellant**

**V.**

**JOHN DOE, INDIVIDUALLY AND A NEXT FRIEND OF JOHN DOE, JR., A MINOR AND JANE DOE, INDIVIDUALLY AND A NEXT FRIEND OF JOHN DOE, JR., A MINOR, Appellees**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-16679**

## ORDER

By order dated May 1, 2019, we denied a motion for access to a confidential record after concluding the sought-out document was a deposition included in a sealed supplemental clerk's record. Before the Court is appellees' May 2, 2019 objections to that order. In their objections, appellees clarify the documents they seek are exhibits that were submitted to the trial court as confidential and are not included in the clerk's record or sealed supplemental clerk's record. Attached to the motion is an index identifying the requested exhibits.

We **VACATE** this Court May 1 order and **GRANT** appellees' April 26, 2019 motion for access to confidential record as follows. We **ORDER** Felicia Pitre, Dallas County District

Clerk, to file, by **May 10, 2019**, a sealed supplemental clerk's record containing the confidential exhibits on file with the trial court.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/      BILL WHITEHILL
          JUSTICE